# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS DANIEL STONE, et al.,** : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | No. 19-2852 |
| : | |
| **JPMORGAN CHASE BANK, N.A.** : | |
| Defendant. : | |

# ORDER

This 27th day of November, 2019, for the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint against the Defendant is **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge